# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-17-71-GF-BMM |
| vs. | |
| BRIAN DENELSON WILLMAN, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 23, 2022. (Doc. 50.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 22, 2022. (Doc. 48.) The United States accused Willman of violating his conditions of supervised release 1) by failing to submit a valid urine sample; 2) by committing other crimes; and 3) by failing to report for substance abuse testing. (Doc. 36.)

At the revocation hearing, Willman admitted that he had violated the conditions of his supervised 1) by failing to submit a valid urine sample; 2) by

committing other crimes; and 3) by failing to report for substance abuse testing. (Doc. 48.)  Judge Johnston found that the violations Willman admitted proved to be serious and warranted revocation, and recommended that Willman receive a custodial sentence of 18 months, with no supervised release to follow. (Doc. 50.) Willman was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 48.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 50) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Brian Denelson Willman be sentenced to the Bureau of Prisons for 18 months, with no supervised release to follow.

DATED this 7th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court